FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 JUL 28 P 2: 25

CAROL L. ...



**SEALED FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN
CONTROL ACT, THE FEDERAL CONTROLLED SUBSTANCES ACT,
AND POSSESSION OF GOODS STOLEN FROM INTERSTATE SHIPMENT

| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00159** |
| --- | --- | --- |
| v. | * | SECTION: **SECT. A MAG. 4** |
| NICKIE WHITLEY | * | VIOLATIONS 18 U.S.C. § 2 |
| ERIN MURTHIL | | 18 U.S.C. § 371 |
| DARIAL MAYE | * | 18 U.S.C. § 659 |
| MATHEW MAYE | | 18 U.S.C. § 922(g)(1) |
| MISTER MACKEY, JR. | * | 18 U.S.C. § 922(o) |
| DESMOND TAYLOR | | 18 U.S.C. § 924(a)(2) |
| NORMAN ANDREWS | * | 18 U.S.C. § 924(a)(8) |
| DERRIN RILEY | | 18 U.S.C. § 924(c)(1)(A)(i) |
| JONATHAN FRANK | * | 21 U.S.C. § 841(a)(1) |
| QUINTRELL BROWN | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 21 U.S.C. § 841(b)(1)(D) |

\* \* \*

The Grand Jury charges that:

## COUNT 1
(Conspiracy to Possess Goods Stolen from Interstate Shipment)

A. **AT ALL TIMES MATERIAL HEREIN:**

1. The Norfolk Southern Automotive Distribution Facility, located at 3400 Almonaster Avenue, New Orleans, Louisiana 70126 (also "Facility" or "Norfolk Southern Railyard"), is a storage facility, station, platform, depot, container freight station, and freight consolidation facility.

___Fee USA___
✓Process___
X Dktd___
___CtRmDep___
___Doc.No.___

2. Ford Motor Company ships automobiles in interstate commerce by rail to dealerships throughout the United States. Shipments from manufacturing facilities to dealerships in the Southeastern United States, such as Louisiana, Mississippi, and Alabama, travel through the Norfolk Southern Automotive Distribution Facility. When the rail car arrives at the Facility, the vehicles are driven off the rail car and parked in parking spaces inside the Facility. The vehicles are then picked up from the Facility by car haul trailers and transported to dealerships to be sold. Each vehicle has a value in excess of $1,000.

B.  **THE CONSPIRACY**:

3. Beginning in or about March 2023, and continuing until on or about April 3, 2023, in the Eastern District of Louisiana and elsewhere, the defendants **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE, MISTER MACKEY, JR., DESMOND TAYLOR, NORMAN ANDREWS, DERRIN RILEY, JONATHAN FRANK,** and **QUINTRELL BROWN**, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess goods stolen from an interstate shipment, in violation of Title 18, United States Code, Section 659.

C.  **OVERT ACTS:**

In furtherance of the conspiracy, and to accomplish the unlawful objectives thereof, the defendants and co-conspirators committed the following overt acts, among others:

4. On March 20, 2023, a white 2023 Ford Explorer ST, Vehicle Identification Number ("VIN") 1FM5K8GC8PGA61558, was stolen from the Norfolk Southern Automotive Distribution Facility.

5. Between on or about March 20, 2023 and April 3, 2023, **JONATHAN FRANK** and **QUINTRELL BROWN** possessed the stolen white 2023 Ford Explorer ST.

2

6. On March 27, 2023, a stone blue metallic 2023 Ford Explorer King Ranch, VIN 1FM5K7LC8PGA65609; a stone blue metallic 2023 Ford Explorer ST, VIN 1FMSK7KH0PGA93078; and a black 2023 Ford Explorer Timberline, VIN 1FMSK8JH0PGA73338, were stolen from the Facility.

7. Between on or about March 27, 2023 and April 3, 2023, **NICKIE WHITLEY** and **DARIAL MAYE** possessed the stolen Ford Explorer King Ranch.

8. Between on or about March 27, 2023 and April 3, 2023, **JONATHAN FRANK** possessed the stolen Ford Explorer ST.

9. Between on or about March 27, 2023 and April 3, 2023, **DESMOND TAYLOR, NORMAN ANDREWS, DERRIN RILEY,** and **QUINTRELL BROWN** possessed the stolen Ford Explorer Timberline.

10. On March 29, 2023, a silver 2023 Ford F-150 Raptor Crew Cab 4x4, VIN 1FTFW1RG6PFB18379; a gray 2023 Ford Bronco Sport Outer Banks 4x4, VIN 3FMCR9C69PRD28322; a ceramic pearl 2023 Lincoln Aviator, VIN 5LM5J7XC8PGL18891; and a black 2023 Ford F-150, VIN 1FTFW1EDXPFB11205, were stolen from the Facility.

11. On March 29, 2023, **QUINTRELL BROWN** sent a text message quoting a price of "25k" for the "Raptor" and "8k" for an "Explorer."

12. Between on or about March 29, 2023 and April 3, 2023, **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE, MISTER MACKEY, JR.,** and **JONATHAN FRANK** possessed the stolen F-150 Raptor.

13. Between on or about March 29, 2023 and April 3, 2023, **NICKIE WHITLEY** and **DARIAL MAYE** possessed the stolen Bronco Sport Outer Banks.

14. Between on or about March 29, 2023 and April 3, 2023, **ERIN MURTHIL, MISTER**

3

**MACKEY, JR.**, **DESMOND TAYLOR**, and **NORMAN ANDREWS** possessed the stolen Lincoln Aviator.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Possession of Goods Stolen from Interstate Shipment)

Between on or about March 20, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants, **JONATHAN FRANK** and **QUINTRELL BROWN**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a white 2023 Ford Explorer ST, Vehicle Identification Number (VIN) 1FM5K8GC8PGA61558, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in interstate commerce from Chicago, Illinois to Breaux Bridge, Louisiana, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 3
### (Possession of Goods Stolen from Interstate Shipment)

Between on or about March 27, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **NICKIE WHITLEY** and **DARIAL MAYE**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a stone blue metallic 2023 Ford Explorer King Ranch, Vehicle Identification Number (VIN) 1FM5K7LC8PGA65609, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in interstate commerce

4

from Chicago, Illinois to D'Iberville, Mississippi, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 4
### (Possession of Goods Stolen from Interstate Shipment)

Between on or about March 27, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **DARIAL MAYE** and **JONATHAN FRANK**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a stone blue metallic 2023 Ford Explorer ST, Vehicle Identification Number (VIN) 1FMSK7KH0PGA93078, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in interstate commerce from Chicago, Illinois to Kenner, Louisiana, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 5
### (Possession of Goods Stolen from Interstate Shipment)

Between on or about March 27, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **DARIAL MAYE, DESMOND TAYLOR, NORMAN ANDREWS, DERRIN RILEY,** and **QUINTRELL BROWN**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a black 2023 Ford Explorer Timberline, Vehicle Identification Number (VIN) 1FMSK8JH0PGA73338, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in interstate commerce from Chicago, Illinois to Kenner,

5

Louisiana, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 6
**(Possession of Goods Stolen from Interstate Shipment)**

Between on or about March 29, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE, MISTER MACKEY, JR.**, and **JONATHAN FRANK**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a silver 2023 Ford F-150 Raptor Crew Cab 4x4, Vehicle Identification Number (VIN) 1FTFW1RG6PFB18379, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in interstate commerce from Dearborn, Michigan to Baton Rouge, Louisiana, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 7
**(Possession of Goods Stolen from Interstate Shipment)**

Between on or about March 29, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE**, and **MISTER MACKEY, JR.**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a gray 2023 Ford Bronco Sport Outer Banks 4x4, Vehicle Identification Number (VIN) 3FMCR9C69PRD28322, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in foreign and interstate commerce from

Hermosillo, Mexico to Mobile, Alabama, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 8
### (Possession of Goods Stolen from Interstate Shipment)

Between on or about March 29, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE, MISTER MACKEY, JR., DESMOND TAYLOR,** and **NORMAN ANDREWS**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a ceramic pearl 2023 Lincoln Aviator, Vehicle Identification Number (VIN) 5LM5J7XC8PGL18891, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight consolidation facility, while moving in interstate commerce from Chicago, Illinois to Baton Rouge, Louisiana, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 9
### (Possession of Goods Stolen from Interstate Shipment)

Between on or about March 29, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendants **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE,** and **MISTER MACKEY, JR.**, knowingly, did have in their possession goods and chattels of a value in excess of $1,000.00, that is, a black 2023 Ford F-150, Vehicle Identification Number (VIN) 1FTFW1EDXPFB11205, which had been embezzled and stolen from the Norfolk Southern Automotive Distribution Facility, 3400 Almonaster Avenue, New Orleans, Louisiana 70126, a storage facility, station, platform, depot, container freight station, and freight

consolidation facility, while moving in interstate commerce from Chicago, Illinois to Thibodaux, Louisiana, knowing the said goods and chattels to be embezzled and stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 10
### (Possession of Machinegun)

Between on or about March 29, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendant, **ERIN MURTHIL**, did knowingly possess a machinegun, that is, a Glock 17 Gen4, 9mm semi-automatic pistol, bearing serial number BBHS001, with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 11
### (Felon in Possession of a Firearm)

On or about April 3, 2023, in the Eastern District of Louisiana, the defendant, **NICKIE WHITLEY**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on June 17, 2013 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 504402, for attempted possession of a firearm by a felon in violation of La. R.S. 14:(27)95.1; and a conviction on October 15, 2010 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 500584, for unauthorized entry of inhabited dwelling in violation of La. R.S. 14:62.3, did knowingly possess a firearm, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 12
### (Felon in Possession of a Firearm)

On or about April 3, 2023, in the Eastern District of Louisiana, the defendant, **MISTER MACKEY, JR.**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on August 11, 2022 in the Harris County Criminal District Court, State of Texas, Case No. 173228601010, for engaging in organized criminal activity in violation of Tex. Penal Code § 71.02, did knowingly possess a firearm, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 13
### (Felon in Possession of a Firearm)

Between on or about March 30, 2023 and April 3, 2023, in the Eastern District of Louisiana, the defendant, **JONATHAN FRANK**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on October 13, 2017 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 530973, for obstruction of justice in violation of La. R.S. 14:130.1; a conviction on March 27, 2013 in the United States District Court for the Eastern District of Louisiana, Case No. 12-cr-00170, for possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2); and a conviction on April 15, 2002 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 429408, for armed robbery in violation of La. R.S. 14:64, did knowingly possess a firearm, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 14
### (Felon in Possession of a Firearm)

On or about April 3, 2023, in the Eastern District of Louisiana, the defendant, **DESMOND TAYLOR**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 11, 2022 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 546622, for felon in possession of a firearm in violation of La. R.S. 14:95.1; a conviction on May 24, 2017 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 534339, for unauthorized use of a motor vehicle in violation of La. R.S. 14:68.4; and a conviction on September 14, 2015 in the Orleans Parish Criminal District Court, State of Louisiana, Case No. 525460, for simple burglary in violation of La. R.S. 14:62, did knowingly possess a firearm, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 15
### (Possession with the Intent to Distribute Tapentadol and Marijuana)

On or about April 3, 2023, in the Eastern District of Louisiana, the defendant, **DERRIN RILEY**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT 16
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 3, 2023, in the Eastern District of Louisiana, the defendant, **DERRIN RILEY**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with the intent to distribute

tapentadol and marijuana, as charged in Count 15 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 17
**(Possession with the Intent to Distribute Tapentadol and Marijuana)**

On or about February 11, 2023, in the Eastern District of Louisiana, the defendant, **NORMAN ANDREWS**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT 18
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about February 11, 2023, in the Eastern District of Louisiana, the defendant, **NORMAN ANDREWS**, did knowingly possess a firearm, to wit: a Glock 19x, 9mm semi-automatic pistol, bearing serial number BVXC510 (slide serial number AFBE641), in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute tapentadol and marijuana, as charged in Count 17 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 19
**(Possession with the Intent to Distribute Tapentadol)**

On or about February 11, 2023, in the Eastern District of Louisiana, the defendant, **QUINTRELL BROWN**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 20
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 11, 2023, in the Eastern District of Louisiana, the defendant, **QUINTRELL BROWN**, did knowingly possess a firearm, to wit: a Glock 19, 9mm semi-automatic pistol, bearing serial number MNE145, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute tapentadol, as charged in Count 19 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 20 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 through 9, the defendants, **NICKIE WHITLEY, ERIN MURTHIL, DARIAL MAYE, MATHEW MAYE, MISTER MACKEY, JR., DESMOND TAYLOR, NORMAN ANDREWS, DERRIN RILEY, JONATHAN FRANK,** and **QUINTRELL BROWN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from, proceeds traceable to said offense, including but not limited to the following:

> White 2023 Ford Explorer ST, Vehicle Identification Number (VIN) 1FM5K8GC8PGA61558;
>
> Stone blue metallic 2023 Ford Explorer King Ranch, Vehicle Identification Number (VIN) 1FM5K7LC8PGA65609;
>
> Stone blue metallic 2023 Ford Explorer ST, Vehicle Identification Number (VIN) 1FMSK7KH0PGA93078;
>
> Black 2023 Ford Explorer Timberline, Vehicle Identification Number (VIN) 1FMSK8JH0PGA73338;

Silver 2023 Ford F-150 Raptor Crew Cab 4x4, Vehicle Identification Number (VIN) 1FTFW1RG6PFB18379;

Gray 2023 Ford Bronco Sport Outer Banks 4x4, Vehicle Identification Number (VIN) 3FMCR9C69PRD28322;

Ceramic pearl 2023 Lincoln Aviator, Vehicle Identification Number (VIN) 5LM5J7XC8PGL18891;

Black 2023 Ford F-150, Vehicle Identification Number (VIN) 1FTFW1EDXPFB11205.

3. As a result of the offenses alleged in Counts 10 through 14, 16, 18, and 20, the defendants, **NICKIE WHITLEY, ERIN MURTHIL, MISTER MACKEY, JR., DESMOND TAYLOR, NORMAN ANDREWS, DERRIN RILEY, JONATHAN FRANK,** and **QUINTRELL BROWN** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

Glock 17 Gen4, 9mm semi-automatic pistol, bearing serial number BBHS001, with a machinegun conversion device;

Glock 19x, 9mm semi-automatic pistol, bearing serial number BVXC510 (slide serial number AFBE641);

Glock 19, 9mm semi-automatic pistol, bearing serial number MNE145;

DPMS DP-15, .223mm caliber semi-automatic pistol, bearing serial number N0018155;

Zastava PAP M92 PV, 7.62X39mm caliber semi-automatic pistol, bearing serial number M92PV054570;

American Tactical MilSport .223mm caliber semi-automatic pistol, bearing serial number MSA075287;

Glock 19x, 9mm semi-automatic pistol, bearing serial number BNSM520;

13

Ruger 9E, 9mm semi-automatic pistol, bearing serial number 335-83449;

Smith & Wesson SD40VE, .40 caliber semi-automatic pistol, bearing serial number FYX1154;

Glock 17 Gen4, 9mm semi-automatic pistol, bearing serial number BBHS001;

Glock 23 Gen4, .40 caliber semi-automatic pistol, bearing serial number BBTG303;

Glock 19x, 9mm semi-automatic pistol, bearing serial number BRBU706;

Glock 19, 9mm semi-automatic pistol, bearing serial number BVBZ628.

4. As a result of the offenses alleged in Counts 15, 17, and 19, the defendants, **NORMAN ANDREWS**, **DERRIN RILEY**, and **QUINTRELL BROWN**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offenses, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offenses.

5. If any of the above-described property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

14

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY



DAVID M. BERMAN
Assistant United States Attorney
Massachusetts Bar No. 685917
New York Bar No. 5175708

New Orleans, Louisiana
July 28, 2023

15

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

NICKIE WHITLEY  NORMAN ANDREWS
ERIN MURTHIL  DERRIN RILEY
DARIAL MAYE  JONATHAN FRANK
DESMOND TAYLOR  QUINTRELL BROWN

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT, THE FEDERAL CONTROLLED SUBSTANCES ACT, AND POSSESSION OF GOODS STOLEN FROM INTERSTATE SHIPMENT

VIOLATIONS: 18 U.S.C. § 2  18 U.S.C. § 924(a)(2)
18 U.S.C. § 371  18 U.S.C. § 924(a)(8)
18 U.S.C. § 659  18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 922(g)(1)  21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(o)  21 U.S.C. § 841(b)(1)(C)
                     21 U.S.C. § 841(b)(1)(D)

A true bill: [redacted]

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
DAVID BERMAN
Assistant United States Attorney